UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GEORGE WESLEY JOHNSON,<br><br>    Petitioner,<br><br>v.<br><br>D.C. DETENTION CENTER, *et al.*,<br><br>    Respondents. | Civil Action No.  07-2140  (HHK) |

### ORDER DIRECTING RESPONDENTS TO SHOW CAUSE

It is hereby

ORDERED that the Respondents, by counsel, shall within 30 days of service of a copy of this Order and the Petition herein file with the Court and serve on Petitioner a statement showing why the Writ of Habeas Corpus should not be granted.  It is

FURTHER ORDERED that the Clerk of Court shall furnish a copy of the Petition and a certified copy of this Order to the United States Marshal for the purpose of making service Petitioner's Custodian and the named Respondents, and is directed to send a copy of the Petition to the United States Attorney for the District of Columbia, the United States Parole Commission, and the District of Columbia Attorney General.

SO ORDERED.

                                                              HENRY H. KENNEDY, JR.
                                                              United States District Judge

DATE:  December 3, 2007