UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GEORGE WESLEY JOHNSON,**<br><br>               Petitioner,<br><br>   v.<br><br>**D.C. DETENTION CENTER,** *et al.*,<br><br>               Respondents. | Civil Action No. 07-2140 (HHK) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that the December 4, 2007 Order to Show Case [Dkt. #2] is DISCHARGED. It is further

ORDERED that the petition for a writ of habeas corpus [Dkt. #1] is DENIED, and it is further

ORDERED that this civil action is DISMISSED.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

                                                    HENRY H. KENNEDY, JR.
                                                    United States District Judge