UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GEORGE WESLEY JOHNSON ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 07-2140 (HHK) |
| ) | |
| D.C. DENTENTION CENTER, et al. ) | |
| ) | |
| Respondents. ) | |
| _____) | |

**RESPONSE BY THE DISTRICT OF COLUMBIA**

The District of Columbia, files this response to the Court's Order to Show Cause issued December 4, 2007 (Docket No. 2). The petitioner, George Wesley Johnson, filed a *pro se* petition for a writ of habeas corpus challenging the computation of his sentence. As directed by the Court, the District of Columbia, through counsel, respectfully submits this response to the Court's Order to show cause why the writ of habeas corpus should not issue.

**STATEMENT OF FACTS**

According to the petition, George Wesley Johnson pled guilty to armed kidnapping (2 counts), armed robbery (2 counts), assault with a dangerous weapon (2 counts), receiving stolen property (one count) and unauthorized used of a vehicle (one count), in September 1975. Mr. Johnson was sentenced to 10 to 30 years in prison. (Pet. at 2). Mr. Johnson now contends that the Parole Commission has illegally extended his sentence beyond the imposed maximum term of 30 years. The relief sought is the re-computation of petitioner's sentence. (Pet. at 5). The petitioner is currently housed at the D.C. Correctional Treatment Facility.

**DISCUSSION**

As a legal and practical matter, the District of Columbia cannot provide a response to the merits of the petition because the District of Columbia lacks authority over parole and sentencing

matters. Through the National Capital Revitalization and Self-Government Improvements Act of 1997, Pub. L. 105-33, D.C. Code sections 24-101 through 131 (2001 and 2006 Supp.), the United States Congress transferred responsibility for the imprisonment of D.C. felons from the District of Columbia to the Federal Bureau of Prisons ("BOP"), and also transferred the parole authority for such felons from the D.C. Board of Parole to the United States Parole Commission ("USPC"). *See Crawford v. Jackson*, 323 F.3d 123, 125-126 (D.C. Cir. 2003); *see also Gant v. Reilly*, 224 F.Supp.2d 26, 37 (D.D.C. 2002). In accordance with the Act, the D.C. Board of Parole no longer exists, and the USPC has assumed all of its parole functions. Thus, the District of Columbia has no authority to respond to the merits of the petition, but it will abide by any lawful order of this Court with regard to Mr. Johnson.

The real party in interest is the USPC and/or BOP, whose actions are at issue herein. Thus, the District of Columbia defers to the United States on this matter and requests that the District of Columbia be dismissed from this action. *See Fletcher v. Reilly*, 433 F.3d 867, 876 (D.C. Cir. 2006) (affirming the lower court's dismissal of the District where "[t]he petition contains no allegations of wrongdoing by any District of Columbia officials" and the petitioner was no longer in the custody of a District of Columbia facility. "Furthermore, the D.C. Board of Parole no longer exists, so [the petitioner] can obtain no redress from the District of Columbia.").

WHEREFORE, the District of Columbia respectfully requests that the petition for the writ of habeas corpus be denied as to the District of Columbia and that the Court's Order to show cause be discharged as to the District of Columbia.

    Respectfully submitted,

    PETER J. NICKLES
    Interim Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General
    Civil Litigation Division

    /s/
    KIMBERLY MATTHEWS JOHNSON [#435163]
    Section Chief
    General Litigation Section I

    /s/
    KARA L. PETTEWAY [# 975541]
    Assistant Attorney General
    441 4th Street, N.W.
    6th Floor South
    Washington, D.C. 20001
    (202) 442-6522 (phone)
    (202) 727-3625 (fax)
    kpetteway@fulbright.com

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on January 30, 2008, a copy of the foregoing response and proposed order were mailed postage prepaid to:

George Wesley Johnson
DCDC # 152-148
Central Treatment Facility
1901 E Street, S.E.
Washington, D.C. 20003
*Petitioner*

Jeffrey A. Taylor
Robert D. Okun
Thomas S. Rees
United States Attorney's Office
555 – 4th Street, N.W., Room 10-911
Washington, D.C. 20530

                                               /s/
                                       Kara L. Petteway
                                       Assistant Attorney General

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
SPECIAL PROCEEDINGS SECTION

| | |
|---|---|
| GEORGE WESLEY JOHNSON ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 07-2140 (HHK) |
| ) | |
| D.C. DETENTION CENTER, et al. ) | |
| ) | |
| Respondents. ) | |
| _____) | |

## **ORDER**

Upon consideration of the District of Columbia's response to the petition for writ of habeas corpus and the record herein, it is hereby,

ORDERED: that the Petition for the Writ of Habeas Corpus shall be denied as to the District of Columbia; it is,

FURTHER ORDERED: that the Court's Order to Show Cause shall be discharged as to the District of Columbia.

SO ORDERED, this _____ day of _____, 2008.

_____
UNITED STATES JUDGE